442 A.2d 351

Commonwealth v. Pilkington, Appellant.

Petition for Allowance of Appeal Denied May 3, 1982.

 Submitted May 12, 1981. Nino V. Tinari, for appellant; Joseph Frontino, Assistant District Attorney, for Commonwealth, appellee.

Before MONTEMURO, HOFFMAN and VAN der VOORT, JJ.

Judgment of sentence affirmed.